**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-136 |
| | ) | (Phillips) |
| **DWIGHT BRIGHT** | ) | |

**ORDER**

On the petition of defendant Dwight Bright, **IT IS ORDERED** that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad testificandum to the Sheriff of Monroe County Jail, 319 Hickory Street, Madisonville, Tennessee 37354, to bring Melissa Waters, #00406380, before this Court at Knoxville, Tennessee, on April 24, 2007, at 9:00 a.m., as a witness before the trial in the above captioned matter, and to be returned to said Warden of Monroe County Jail, Madisonville, Tennessee, as soon as she is no longer needed as a witness before the said Federal Court.

It is **ORDERED** that in the event the Sheriff of Monroe County Jail, Madisonville, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any duly authorized United States Marshal, is directed to receive said Melissa Waters, #00406380 into his custody and transport her to and from said Monroe County Jail, Madisonville, Tennessee and this Court for the aforesaid purpose.

And it is further **ORDERED** that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure that the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

                        **ENTER:**

                        s/Thomas W. Phillips
                        United States District Judge