✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____TENNESSEE_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| v. | |
| DWIGHT BRIGHT | Case Number: 3:06-CR-136-001 |

The defendant was found not guilty as to Counts One and Two of the Superseding Indictment.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

  s/ Thomas W. Phillips
Signature of Judge

  THOMAS W. PHILLIPS, United States District Judge
Name and Title of Judge

        April 25, 2007
                Date